No. 518. AIRCOOLED MOTORS, INC. *v.* WILLIAMS. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Henry S. Fraser* for appellant.

No. 530. SMALLS ET AL. *v.* ATLANTIC COAST LINE RAILROAD Co. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. MR. JUSTICE REED, MR. JUSTICE BURTON, and MR. JUSTICE MINTON dissent. *Henry Hammer* for petitioners.

No. 532. IN RE ANASTAPLO. Appeal from the Supreme Court of Illinois. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.

No. 9, Original. TEXAS *v.* NEW MEXICO ET AL. The report of the Special Master dated January 31, 1955, is received and ordered filed. Exceptions, if any, to the report of the Special Master may be filed by the parties within 60 days.